■ In the Matter of KATIUSKA N., a Person Alleged to be a Juvenile Delinquent, Appellant. [808 NYS2d 550]—Order of disposition, Family Court, New York County (Mary E. Bednar, J.), entered on or about June 6, 2005, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant had committed acts which, if committed by an adult, would constitute the crimes of menacing in the second degree, criminal possession of a weapon in the fourth degree, and unlawful possession of weapons by a person under 16, and placed her on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning cred-

ibility (*see People v Gaimari*, 176 NY 84, 94 [1903]). Concur—Tom, J.P., Friedman, Gonzalez, Sweeny and McGuire, JJ.